Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Laura M. Bragg, #272052
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Armando Abdallah

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ARMANDO ABDALLAH,<br><br>    Defendant | Case No.: 1:06-cr-00365<br><br>**STIPULATION AND ORDER REGARDING SENTENCING** |

    IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant ARMANDO ABDALLAH, and Jeremy R. Jehangiri, Assistant United States Attorney, that the sentencing be continued from November 21, 2011, at 1:00 p.m., to May 7, 2012, at 1:00 p.m.


Dated: November 14, 2011                    /s/ Jeremy R. Jehangiri
                                                      Jeremy R. Jehangiri
                                                      Assistant U.S. Attorney


Dated: November 14, 2011                    /s/ Jeffrey T. Hammerschmidt
                                                      Jeffrey T. Hammerschmidt
                                                        Attorney for Defendant,
                                                        Armando Abdallah

## ORDER

The November 21, 2011 sentencing date is vacated.

The sentencing will now occur on May 7, 2012 at 1:00 p.m. before District Judge Lawrence J. O'Neill in courtroom 4 on the 7th Floor.  Good cause has been presented in the request.

IT IS SO ORDERED.

Dated:   **November 16, 2011**                **/s/ Lawrence J. O'Neill**
                                                                           UNITED STATES DISTRICT JUDGE