KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9798

Attorney for Defendant
HUSSEIN ALI

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-F-06-cr-365 LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING OF HUSSEIN ALI |
| v. | Old date: May 7, 2012 at 1:00 p.m. |
| | New proposed date: February 4, 2013 at 8:30 a.m. |
| HUSSEIN ALI, et al. | |
| Defendants. | |

IT IS HEREBY STIPULATED BETWEEN COUNSEL FOR THE GOVERNMENT, JEREMY JEHANGIRI, AND KATHERINE HART, COUNSEL FOR DEFENDANT, AS FOLLOWS:

1. That the agreement between the government and defendant requires that the defendant meet certain conditions that cannot be met by May 7, 2012, the date previously set for the sentencing hearing;

2. That both counsel for the government and counsel for the defense have agreed that a continuance until after the trial of the codefendants, set for 1/8/2013,

is necessary for defendant to comply with the conditions established pursuant to the plea agreement between the parties;

3. That the statutorily mandated conditions of release, including the provision that defendant HUSSEIN ALI obey all laws, shall remain in full force and effect;

4. That defendant HUSSEIN ALI waives any application of the Speedy Trial Act.

DATED: March 15, 2012    /s/ Katherine Hart
KATHERINE HART, Attorney for
HUSSEIN ALI

DATED: March 15, 2012    /s/Jeremy Jehangiri
JEREMY JEHANGIRI, Assistant United
States Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered as follows:

That the sentencing hearing of HUSSEIN ALI, previously scheduled for May 7, 2012 at 1:00 p.m. is to be rescheduled to Monday, February 4, 2013 at 8:30 a.m.;

That HUSSEIN ALI is ordered to continue to comply with all statutorily mandated conditions of Pretrial Release, including the provision that he obey all laws.

IT IS SO ORDERED.

**Dated:   March 15, 2012**    /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE