SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, ABDEL BASET JAWAD

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NUMBER: 1:06–CR-0365-LJO/DLB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| ABDEL BASET JAWAD, | ) | Date: Monday, April 23, 2012<br>Time: 1:00 p.m.<br>Courtroom: Honorable Dennis L. Beck |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between plaintiffs, the United States of America, and the defendants by and through their respective counsel of record, that the time set for the Status Conference on Monday, April 23, 2012 at 1:00 p.m. be moved to Monday, May 14, 2012 at 1:00 p.m. The reason for this continuance is that counsel, Salvatore Sciandra, for Mr. ABEDL BASET JAWAD is out of the country on a Federal Capital case and is not returning to the United States until April 30, 2012.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. sections 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

Respectfully submitted,

DATED: April 16, 2012    /s/  Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant,
ABDEL BASET JAWAD

/ / /

/ / /

DATED: April 16, 2012                    /s/   Roger K. Litman
                                         ROGER K. LITMAN
                                         Attorney for Defendant,
                                         ABDEL MUNIEN MOHAMAD JAWAD

DATED: April 16, 2012                    /s/   Jeffrey T. Hammerschmidt
                                         Jeffrey T. Hammerschmidt
                                         Attorney for Defendant,
                                         HUSAM SARAMA

DATED: April 16, 2012                    /s/   Anthony P. Capozzi
                                         ANTHONY P. CAPOZZI
                                         Attorney for Defendant,
                                         NAJEH KAMAL JAWAD

DATED: April 16, 2012                    /s/   Jeremy R. Jehangiri
                                         JEREMY R. JEHANGIRI
                                         Assistant United States Attorney

## ORDER

**IT IS SO ORDERED.**

IT IS SO ORDERED.

**Dated:   April 17, 2012**              /s/ **Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE