Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Laura M. Bragg, #272052
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Armando Abdallah

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>ARMANDO ABDALLAH,<br><br>    Defendant | Case No.: 1:06-cr-00365<br><br>**STIPULATION REGARDING SENTENCING AND ORDER** |

   IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant ARMANDO ABDALLAH, and Jeremy R. Jehangiri, Assistant United States Attorney, that the sentencing be continued from May 7, 2012 at 8:30 a.m., to February 4, 2013, at 8:30 a.m.


Dated: April 26, 2012          /s/ Jeremy R. Jehangiri
                               Jeremy R. Jehangiri
                               Assistant U.S. Attorney


Dated: April 26, 2012          /s/ Jeffrey T. Hammerschmidt
                               Jeffrey T. Hammerschmidt
                               Attorney for Defendant,
                               Armando Abdallah

ORDER

The May 7, 2012 sentencing date be vacated.

The sentencing will now occur on February 4, 2013 at 8:30 a.m.

Good cause exists for the continuance.

IT IS SO ORDERED.

Dated: **April 30, 2012**      /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE