1  SALVATORE SCIANDRA, Bar No. 58256
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, CA  93721
3  Telephone:  559.233.1000
   Facsimile: 559.233.6044
4

5  Attorney for Defendant, ABDEL BASET JAWAD

6

7

8                IN THE UNITED STATES DISTRICT COURT FOR THE

9                       EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      )   CASE NUMBER: 1:06–CR-0365-LJO/DLB
                                  )
11         Plaintiff,              )   STIPULATION AND ORDER TO
                                  )   CONTINUE MOTIONS HEARING
12 v.                             )
                                  )   Date:     Monday, September 24, 2012
13 ABDEL BASET JAWAD et al.,       )   Time:     1:00 p.m.
                                  )   Courtroom: Honorable Dennis L. Beck
14         Defendant.              )
                                  )
15

16     **IT IS HEREBY STIPULATED** by and between plaintiffs, the United States of America, and

17 the defendants by and through their respective counsel of record, that the time set for the Motions

18 Hearing on Monday, August 27, 2012 at 1:00 p.m. be moved to Monday, September 24, 2012 at 1:00

19 p.m.  Defense moving papers that were due on July 23, 2012 be due on August 27, 2012 and the

20 Governments response that was due on August 13, 2012 be due on September 10, 2012.  The reason

21 for this continuance is that counsel, Salvatore Sciandra, for Mr. ABEDL BASET JAWAD was unable

22 to complete moving papers due to other pressing legal matters.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. sections 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

Respectfully submitted,

DATED: August 3, 2012 /s/ Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant,
ABDEL BASET JAWAD

DATED: August 3, 2012 /s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant,
ABDEL MUNIEN MOHAMAD JAWAD

DATED: August 3, 2012 /s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI
Attorney for Defendant,
NAJEH KAMAL JAWAD

DATED: August 3, 2012 /s/ Jeffrey T. Hammerschmidt
JEFFREY T. HAMMERSCHMIDT
Attorney for Defendant,
HASAN SARAMA

DATED: August 3, 2012 /s/ Mark E. Cullers
MARK E. CULLERS
Assistant United States Attorney

DATED: August 3, 2012 /s/ Henry Z. Carbajal, III
HENRY Z. CARBAJAL, III
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: **August 9, 2012** /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE