SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, ABDEL BASET JAWAD

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABDEL BASET JAWAD et al.,<br><br>Defendant. | CASE NUMBER: 1:06-00365-LJO<br><br>ORDER AFTER HEARING ON DEFENDANT ABDEL BASET JAWAD's REQUEST TO MODIFY CONDITIONS OF RELEASE |

The matter of defendant Abdel Basset Jawad's request for a modification of his conditions of pretrial release, having been heard by this Court on August 9, 2012, **IT IS HEREBY ORDERED** that the Clerk of Court for the Eastern District of California, Fresno Division release forthwith to defendant ABDEL BASET JAWAD his United States Passport (Passport No. 0354397) filed with the Clerk of this Court on December 24, 2008.

IT IS SO ORDERED.

Dated: **August 10, 2012**            **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE