Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Burton J. Francis, #114800
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Husam Sarama

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>HUSAM SARAMA,<br><br>        Defendant | Case No.: 1:06-cr-00365<br><br>**STIPULATION REGARDING SENTENCING** |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant HUSAM SARAMA, and Henry Carbajal, Assistant United States Attorney, that the sentencing be continued from November 19, 2012 at 8:30 a.m. to February 18, 2013 at 8:30 a.m.

Dated: November 1, 2012                  /s/ Henry Carbajal
                                                          Henry Carbajal
                                                          Assistant U.S. Attorney

Dated: November 1, 2012                  /s/ Jeffrey T. Hammerschmidt
                                                          Jeffrey T. Hammerschmidt
                                                          Attorney for Defendant,
                                                          Husam Sarama

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:06-cr-00365 |
| Plaintiff, ) | |
| vs. ) | |
| HUSAM SARAMA, ) | |
| Defendant ) | |

ORDER

IT IS ORDERED that the November 19, 2012 sentencing date be vacated.

IT IS ORDERED that the sentencing will now occur on February 18, 2013 at 8:30 a.m.

IT IS SO ORDERED.

Dated: **November 6, 2012**  **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE