KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9798

Attorney for Defendant
HUSSEIN ALI

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-F-06-cr-365 LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING OF HUSSEIN ALI; PROPOSED ORDER |
| v. | Old date: February 4, 2013 at 8:30 a.m. |
| HUSSEIN ALI, et al. | New proposed date: February 25, 2013 at 8:30 a.m. |
| Defendants. | |

IT IS HEREBY STIPULATED BETWEEN COUNSEL FOR THE GOVERNMENT, HENRY CARBAJAL,, AND KATHERINE HART, COUNSEL FOR DEFENDANT, AS FOLLOWS:

1. That the Probation Department has requested updated financial information from defendant to include in the Advisory Presentence Report (PSR), and although counsel for defendant mailed the required forms to defendant HUSSEIN ALI, defendant moved and did not receive the forms;

1

2. That Probation officer Ross Micheli has proposed the following dates for the court:

Informal objections to be filed by February 4, 2013;

PSR to be provided to the court on February 11, 2013;

Formal objections to be filed by February 15, 2013;

Sentencing to occur on February 25, 2013;

3. That both counsel for the government and counsel for the defense have agreed that a continuance until February 25, 2013 will allow the probation office time to receive the revised financial information from defendant;

4. . That the statutorily mandated conditions of release, including the provision that defendant HUSSEIN ALI obey all laws, shall remain in full force and effect;

5. That defendant HUSSEIN ALI waives any application of the Speedy Trial Act.

DATED: January 16, 2013          /s/ Katherine Hart
                                 KATHERINE HART, Attorney for
                                 HUSSEIN ALI

DATED: January 16, 2013          /s/Henry Carbajal
                                 HENRY CARBAJAL, Assistant United
                                 States Attorney

ORDER

GOOD CAUSE APPEARING, it is hereby ordered as follows:

That the sentencing hearing of HUSSEIN ALI, previously scheduled for February 4, 2013, is to be rescheduled to Monday, February 25, 2013 at 8:30 a.m.;

2

That HUSSEIN ALI is ordered to continue to comply with all statutorily mandated conditions of Pretrial Release, including the provision that he obey all laws.

That the following dates are established:

Informal objections to be filed by February 4, 2013;

PSR to be provided to the court on February 11, 2013;

Formal objections to be filed by February 15, 2013;

Sentencing to occur on February 25, 2013 at 8:30 a.m.

IT IS SO ORDERED.

Dated: __January 16, 2013__   /s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3