KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9798

Attorney for Defendant
HUSSEIN ALI

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-F-06-CR-365 LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING OF HUSSEIN ALI; ORDER |
| v. | Old date: February 25, 2013 at 8:30 a.m. |
| | New proposed date: March 11, 2013 at 8:30 a.m. |
| HUSSEIN ALI, et al. | |
| Defendant. | |

IT IS HEREBY STIPULATED BETWEEN COUNSEL FOR THE GOVERNMENT, MARK E. CULLERS, AND KATHERINE HART, COUNSEL FOR DEFENDANT, AS FOLLOWS:

4. . That a Pretrial Services Office Violation Petition has been filed against Defendant HUSSEIN ALI alleging numerous violations: (1) that he moved from his place of residence without permission from Pretrial Services; (2) that he fraudulently used someone else's personal financial information to create a company, Golden Umbrella Insurance, without that individual's consent; (3) that

1

he used the Golden Umbrella company to engage in false and misleading sales of insurance products; (4) that he used his wife's name to operate an insurance company that sold health care service plans despite being denied a license to operate in 2008 from the Department of Insurance;

2. Defendant ALI has been detained in the Fresno County jail pursuant to order of the magistrate since Wednesday, February 13, 2011;

3. That counsel for Defendant ALI and counsel for the government are attempting to resolve the Pretrial Services Violation so that defendant ALI's two proceedings–the sentencing proceeding and the Pretrial Services Violation proceeding–can be handled together rather than have the sentencing proceed as scheduled on Monday, February 25, 2013, with the Pretrial Services violation trailing as a separate matter;

4. On Tuesday, February 19, 2013, the Honorable Barbara A, McAuliffe ordered defendant ALI further detained pending a status hearing on the violation set for Monday, March 11, 2013 at 1:30 p.m. in the magistrate's court;

5. Counsel for defendant and counsel for the government need additional time beyond the sentencing date of February 25, 2013 to attempt to work out an agreement that will resolve both the violation hearing and sentencing issues; additional time is needed because of the numerous violations alleged and the complexity of the issues raised;

6. Defendant ALI has agreed to waive any application of the Speedy Trial Act, and joins specifically in this request to attempt to consolidate the two proceedings so that one disposition can occur at sentencing;

7. Defendant ALI will remain in custody, and defendant's counsel will not attempt to appeal the detention order issued by magistrate McAuliffe;

8. WHEREFORE the parties request a continuance of an additional two weeks for the sentencing proceeding.

DATED: February 19, 2013   /s/ Katherine Hart
               KATHERINE HART, Attorney for
               HUSSEIN ALI

DATED: February 19, 2013   /s/Mark E. Cullers
               MARK E. CULLERS, Counsel for the
               Government, Office of the United
               States Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered as follows:

That the sentencing hearing of HUSSEIN ALI, previously scheduled for February 25, 2013 at 8:30 a.m. is to be rescheduled to Monday, March 11, 2013 at 8:30 a.m.;

That HUSSEIN ALI is ordered detained.

IT IS SO ORDERED.

**Dated: February 19, 2013**  /s/ Lawrence J. O'Neill
               UNITED STATES DISTRICT JUDGE