KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9798

Attorney for Defendant
HUSSEIN ALI

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>)<br>)<br>v. )<br>)<br>)<br>)<br>)<br>HUSSEIN ALI, )<br>)<br>    Defendant. )<br>_____ ) | CR-F-06-CR 365 LJO<br><br>STIPULATION TO RELEASE PASSPORT AFTER SENTENCING OF DEFENDANT TO 27 MONTHS;<br>ORDER RELEASING PASSPORT |

IT IS HEREBY STIPULATED BETWEEN COUNSEL FOR THE GOVERNMENT AND COUNSEL FOR DEFENDANT AS FOLLOWS:

That HUSSEIN ALI having been sentenced to 27 months, and his passport having been previously lodged with the United States District Court Clerk's Office, it is hereby agreed that his passport may be released to HUSSEIN ALI's wife KARIMA ALI or to his attorney KATHERINE HART.

DATED: March 13, 2013          /s//Katherine Hart
                               KATHERINE HART, Attorney for
                               HUSSEIN ALI


DATED: March 13, 2013          /s/Mark Cullers
                               MARK CULLERS, Chief, Fresno Office,
                               OFFICE OF THE UNITED STATES
                               ATTORNEY



## ORDER

GOOD CAUSE APPEARING and defendant HUSSEIN ALI having been sentenced to 27 months in custody,  it is hereby ordered as follows:

That the Clerk's Office of the UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT is hereby ordered to release the passport of HUSSEIN ALI to defendant's wife KARIMA ALI or to his counsel, KATHERINE HART, Attorney at Law.

IT IS SO ORDERED.

**Dated:   March 13, 2013          /s/  Lawrence J. O'Neill**
                                   UNITED STATES DISTRICT JUDGE